UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michelle Yoder,<br><br>Plaintiff,<br>vs.<br><br>The Lincoln National Life Insurance Company; Southwest Airlines Co. Welfare Benefit Plan,<br><br>Defendants. | Case No.: 2:25-cv-03727-SPL<br><br>**[PROPOSED] ORDER** |

Pursuant to the parties' Stipulation for Dismissal of Defendant Southwest Airlines Co. Welfare Benefit Plan Without Prejudice and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Southwest Airlines Co. Welfare Benefit Plan be and hereby is dismissed without prejudice in this action, and that Plaintiff shall bear her own costs and attorneys' fees with regard to such claims.

DATED this ___ day of ___________ 2025.