IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michelle Yoder,<br><br>Plaintiff,<br>vs.<br><br>Lincoln National Life Insurance Company, et al.,<br><br>Defendants. | No. CV-25-03727-PHX-SPL<br><br>**ORDER** |

Having considered the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation for Dismissal (Doc. 8) is **granted**;
2. That *Defendant Southwest Airlines Co. Welfare Benefit Plan* is **dismissed without prejudice**;
3. That each party shall bear its own costs and attorneys' fees; and
4. That the Clerk of Court shall **terminate** Defendant Southwest Airlines Co. Welfare Benefit Plan as a party in this action.

Dated this 4th day of November, 2025.

Michael T. Liburdi

Judge Michael T. Liburdi for Judge Steven P. Logan
United States District Judge