DL Investigations & Attorney Support LLC
7501 N. 16th Street Ste 200
Phoenix, AZ 85020
(602) 285-9901

Inv. #
164409

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| **MICHELLE YODER**<br>Plaintiff / Petitioner,<br>vs.<br>**LINCOLN NATIONAL LIFE INSURANCE COMPANY; et al.**<br>Defendant / Respondent | NO. **CV-25-03727-PHX-SPL**<br>CERTIFICATE OF SERVICE |

**Cherise Fussy**, the undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:

**CIVIL COVER SHEET, NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION, SUMMONS & COMPLAINT**

from **Lisa J. Counters c/o Schiffman Law Office, P.C.** on **10/14/2025**, that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

| | |
|---|---|
| **NAME:** | **LINCOLN NATIONAL LIFE INSURANCE COMPANY, c/o Department of Insurance and Financial Institutions** |
| **DATE & TIME:** | 10/14/2025 1:54 PM |
| **PLACE & MANNER:** | 100 N. 15TH AVENUE STE.261 PHOENIX, AZ 85007, which is his/her place of business.<br>By serving Danielle Vaughn, Account Specialist, a person authorized to accept such service on their behalf, in person. |

$15.00 service fee tendered. Description of the Named: Female, Age: 30's, Ht: 5' 6in., Wt: 200, Eyes: green, Hair: blonde, Ethnicity: Cauc.

**Statement of Costs**

| | | |
|---|---|---|
| **Services** | $ 16.00 | |
| **Mileage** | $ 30.00 | |
| **Sp. Handl.** | $ 0.00 | |
| **Witness** | $ 0.00 | |
| **Advances** | $ 15.00 | |
| **Cert. Prep** | $ 25.00 | |
| **Other** | $ 7.00 | s/c, 22 pages |
| **Total** | $ 93.00 | ** |

** **This is just an estimate and does not reflect actual billing amount.**

Cherise Fussy
**Affiant-Registered in Maricopa County**

The above is covered by A.R.S. as amended 41-314 && 11-45 and Rules 4, 5 and 45.