SCHIFFMAN LAW OFFICE, P.C.
HELPING THE INJURED AND DISABLED SINCE 1975
Lisa Counters, 016436
4506 N 12th Street
Phoenix, AZ 85014-4246
Voice: (602) 266-2667, Ext. 106
Fax: (602) 266-0141
Lisa@SchiffmanLaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OFARIZONA

| | |
|---|---|
| Michelle Yoder, Plaintiff, vs. The Lincoln National Life Insurance Company; Southwest Airlines Co. Welfare Benefit Plan, Defendants. | Case No. CV-25-03727-PHX-SPL **NOTICE OF CASE MANAGEMENT CONFERENCE SCHEDULING CONFLICT** |

Plaintiff's Counsel advises the Court that she has a conflict with the Case Management Conference scheduled for January 21, 2026. Plaintiff's Counsel has a Settlement Conference scheduled for January 21, 2026, with Judge Ambri in case 2:25-CV-00377 and will not be able to attend the Case Management Conference. Plaintiff's Counsel requests that the Court reschedule the Case Management Conference.

Dated this 5th day of December 2025.

SCHIFFMAN LAW OFFICE, P.C.

*/s/ Lisa J. Counters*
By: Lisa J. Counters
*Attorney for Plaintiff*