IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michelle Yoder,<br><br>Plaintiff,<br>vs.<br><br>Lincoln National Life Insurance Company, et al.,<br><br>Defendants. | No. CV-25-03727-PHX-SPL<br><br>**ORDER** |

Before the Court is Plaintiff's Notice (Doc. 12), in which counsel requests that the January 21, 2026 Case Management Conference be continued. The parties' Joint Rule 26(f) Case Management Report and Joint Proposed Rule 16 Case Management Order are due January 9, 2026. If after review of those filings the Court deems it necessary to hold a Case Management Conference, it will reschedule. Otherwise, the Court will vacate the Conference and enter a Case Management Order. Accordingly,

**IT IS ORDERED** that the Notice (Doc. 12), to the extent it is a Motion to Continue, is **denied**.

Dated this 9th day of December, 2025.

Honorable Steven P. Logan
United States District Judge