IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michelle Yoder,<br><br>Plaintiff,<br>vs.<br><br>Lincoln National Life Insurance Company, et al.,<br><br>Defendants. | No. CV-25-03727-PHX-SPL<br><br>**ORDER** |

Having reviewed the parties' Joint Rule 26(f) Case Management Report and Proposed Rule 16 Case Management Order,

**IT IS ORDERED** the Rule 16 Case Management Conference, presently set for January 21, 2026 before the Honorable Steven P. Logan, is **vacated**.

Dated this 15th day of January, 2026.

Honorable Steven P. Logan
United States District Judge