SCHIFFMAN LAW OFFICE, P.C.
HELPING THE INJURED AND DISABLED SINCE 1975
Lisa Counters, 016436
4506 N 12th Street
Phoenix, AZ 85014-4246
Voice: (602) 266-2667, Ext. 106
Fax: (602) 266-0141
Lisa@SchiffmanLaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michelle Yoder,<br>Plaintiff,<br>vs.<br>The Lincoln National Life Insurance Company,<br>Defendant. | Case No. CV-25-03727-PHX-SPL<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

The parties stipulate to dismiss this matter with prejudice. The parties have settled. Each party is to bear its own fees and costs.

Dated this 20th day of July 2026.

SCHIFFMAN LAW OFFICE, P.C.

*/s/ Lisa J. Counters*
By: Lisa J. Counters
*Attorney for Plaintiff*

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

*/s/ Iwana Rademaekers*
By: Iwana Rademaekers
*Attorney for Defendant*

SCHIFFMAN LAW OFFICE, P.C.
4506 N. 12TH STREET
PHOENIX, AZ 85014-4246
(602) 266-2667